IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR226 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DARNELL DAVID SMITH and | ) | |
| JOSHUA ALEXANDER MEDINA | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendant Darnell David Smith's Motion to Continue Trial [44]. The court has been advised that defendant Joshua Alexander Medina does not object to the continuance. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [44] is granted, as follows:

1. The jury trial, **for defendants, Darnell David Smith and Joshua Alexander Medina**, now set for January 25, 2022, is continued to **March 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 12, 2022.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**